1  JASON P. BROWN (SBN 266472)
   E-Mail: jbrown@fisherphillips.com
2  ALEXA R. GREENBAUM (SBN 293736)
   E-Mail: agreenbaum@fisherphillips.com
3  FISHER & PHILLIPS LLP
4  One Montgomery Street, Suite 3400
   San Francisco, California 94104
5  Telephone: (415) 490-9000
   Facsimile: (415) 490-9001
6
7  Attorneys for Defendant
   LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.
8

9                 UNITED STATES DISTRICT COURT
10                EASTERN DISTRICT OF CALIFORNIA
11                       FRESNO DIVISION

12 | ADRIAN FLORES, an individual, | Case No: 1:25-CV-01057-KES-SAB
13 |         Plaintiff, | *[Removed from Tulare County Superior Court, Case No. VCU323733]*
14 |     v. |
15 | LIN R. ROGERS ELECTRICAL CONTRACTORS, INC., a Georgia Corporation; and DOES 1 through 50, inclusive, | **ORDER RE JOINT STIPULATION TO ARBITRATE AND STAY PENDING ACTION**
16 |  |
17 |         Defendant. |
18 |  |

# ORDER

Pursuant to the Parties' Joint Stipulation to Arbitrate filed on October 1, 2025, this matter is ordered to proceed in binding arbitration pursuant to the agreement of the Parties.

The instant Action is stayed pending the outcome of arbitration.

The Court retains jurisdiction to enforce the terms of this Joint Stipulation and Order, and to confirm, modify, or vacate any arbitration award.

Should the Parties be unable to agree to an arbitrator within 30 days of entry of this Order, Plaintiff will file a demand for arbitration with the American Arbitration Association ("AAA") and proceed with AAA's arbitrator selection process.

Any scheduled hearings in this matter are vacated.

The parties shall notify the Court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated:   October 1, 2025

_____
UNITED STATES DISTRICT JUDGE